[Criminal No. 242.   Filed March 22, 1907.]

[90 Pac. 1130.]

WILLIAM BALDWIN, Defendant and Appellant, v. TER-
RITORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the
Fifth Judicial District, in and for the County of Graham.
Frederick S. Nave, Judge.   Affirmed.

E. S. Clark, Attorney General, George J. Stoneman, and
L. L. Henry, for Respondent.

PER CURIAM.—No appearance has been made for the
appellant in this court, and no brief has been filed on his be-
half.   We have examined the record in the case, as the same
is before us, and find no reversible error therein.  .The judg-
ment of the district court is affirmed.

CAMPBELL and NAVE, JJ., took no part in the deter-
mination of this case.

---

[Criminal No. 235.   Filed March 22, 1907.]

[89 Pac. 1131.]

JOHN CONCHIN, Defendant and Appellant, v. THE TER-
RITORY OF ARIZONA, Respondent.

APPEAL from judgment of the District Court of the
Second Judicial District, in and for the County of Cochise.
Fletcher M. Doan, Judge.   Affirmed.

Thomas D. Bennett, for Appellant.

E. S. Clark, Attorney General, for Respondent.

PER CURIAM.—The only ground alleged for a reversal
of the judgment, either in the assignment of errors or in the
brief of appellant, is that the evidence is insufficient to sus-
tain the verdict of the jury.   We think there is sufficient evi-
dence in the record to sustain the verdict, and the judgment
of the district court is affirmed.

DOAN, J., not sitting.